MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
VF OUTDOOR, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VF OUTDOOR, LLC d/b/a ICEBREAKER, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:21-cv-00443-HSG<br><br>**DEFENDANT VF OUTDOOR, LLC'S NOTICE OF SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 41401568.1

DEFENDANT VF OUTDOOR, LLC'S
NOTICE OF SETTLEMENT
CASE NO. 3:21-CV-00443-JCS

| | |
|---|---|
| 1 | **TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE THAT**, pursuant to agreement of the parties, the above- |
| 3 | captioned matter has been resolved.  The parties anticipate filing a Stipulation of Dismissal within |
| 4 | 60-90 days. |

Dated: August 18, 2021                    MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
     KATHY H. GAO
     Attorney for Defendant
     VF OUTDOOR, LLC

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 41401568.1

1

DEFENDANT VF OUTDOOR, LLC'S
NOTICE OF SETTLEMENT
CASE NO. 3:21-CV-00443-JCS